# PD-0813-15

PD ___06-14-109-CR___

## IN THE TEXAS COURT OF CRIMINAL APPEALS
## AT AUSTIN, TEXAS

MARLO PERSONS,  Petitioner,

v.

THE STATE OF TEXAS,  Respondent.

Abel Acosta, Clerk

JUL 01 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW/MOTION TO SUSPEND THE RULE**

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS

ON PETITION FOR DISCRETIONARY REVIEW FROM THE SIXTH COURT OF APPEALS, TRIAL COURT NUMBER 29,371, 354TH JUDICIAL DISTRICT COURT, HUNT COUNTY, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS
JUN 18 2015
Abel Acosta, Clerk

Petitioner Marlo Persons hereby respectfully request an extension of time up to September 2, 2015 in which to file his Petition for Discretionary Review with this Court and that this Court will suspend the rule and allow Petitioner to file his originals of his pleadings without the number of copies normally required by this Court. Petitioner needs time to try to secure private counsel, or to prepare his pro se PDR should he not be able to retain private counsel. As well, Petitioner has no means to make xerox copies. WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully request that this motion be GRANTED.

Dated: June 27, 2015

by _Marlo Persons_
MARLO PERSONS

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing to the Hunt County District Attorney's Office at his normal business address via U.S. mail, postage prepaid.

Dated: June 27, 2015

by _Marlo Persons_
MARLO PERSONS